UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAY 2 5 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Denise A. Williams

(Name of the plaintiff or plaintiffs)

CIVIL ACTION

v.

Chicago Board of Education
and Pamela Rice,
and Denise Lynch

(Name of the defendant or defendants)

10cv3205
Judge Samuel Der-Yeghiayan
Magistrate Maria Valdez

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Denise A. Williams of the county of Cook in the state of Illinois.
3. The defendant is Chicago Board of Education, whose street address is 125 So. Clark
(city) Chicago (county) Cook (state) Illinois (ZIP) 60603
(Defendant's telephone number) (___) - _____
II The plaintiff sought employment or was employed by the defendant at (street address) Stevenson Elementary School (city) Chicago
(county) Cook (state) IL (ZIP code) _____

5. The plaintiff [*check one box*]
    (a) ☐ was denied employment by the defendant.
    (b) ☐ was hired and is still employed by the defendant.
    (c) ☒ was employed but is no longer employed by the defendant.
6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Sept., (day) _____, (year) 2006.

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) 9 (day) 22 (year) 2009.

(ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO,

**but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____
☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

c. Attached is a copy of the

a. Complaint of Employment Discrimination,
☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision
☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b)☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month) 3 (day) 16 (year) 2010 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a)☐ Age (Age Discrimination Employment Act).
   (b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e)☒ Race                            42 U.S.C. §1981).
   (f)☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

   (a)☐ failed to hire the plaintiff.
   (b)☒ terminated the plaintiff's employment.
   (c)☐ failed to promote the plaintiff.
   (d)☐ failed to reasonably accommodate the plaintiff's religion.
   (e)☐ failed to reasonably accommodate the plaintiff's disabilities.
   (f)☒ failed to stop harassment;
   (g)☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
   (h)☐ other (specify):_____

   _____
   _____
   _____
   _____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    _See attached document_

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.
    (b) ☒ Direct the defendant to re-employ the plaintiff.
    (c) ☐ Direct the defendant to promote the plaintiff.
    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
    (f) ☒ Direct the defendant to (specify): _Remove Do not Hire designation_

    (g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.
    (h) ☒ Grant such other relief as the Court may find appropriate.

_Denise A. Williams_
Plaintiff's signature

_Denise A. Williams_
Plaintiff's name

Plaintiff's street address  746 E. 157th St
South Holland

City SO. Holland  State IL.  ZIP 60473

Plaintiff's telephone number 708 331-7794

Date: 5-25-2010

In early Sept. of 2006 a Latino teacher came to my classroom and introduced herself as Ms. Lynch. After introducing herself, she stated that she had applied for the position that I was hired for three times and each time was denied.

She went on to say that I was going to have to fight for my career if I elected to teach at the school. She stated that the parents would make sure that I lose my job and that Ms. Rice always takes the side of the parents. I was a new hire and Ms. Lynch had been teaching at Stevenson for twelve years.

Later that month around Sept. 25 2006. Ms. Lynch came back to my classroom and stated that I should leave before things became bad for me. I told her that I wasn't leaving. She then turned to exit the room and said you can't teach "stupid N." "We don't want you teaching our children".

I stopped working and immediately reported this comment to Ms. Rice and the conversation before. Principal Rice stated to me that I was making a huge allegation and to my knowledge nothing was done about the racial slur or harassment. At this point Ms. Rice began to write me up using complaints of several parents of the students in my classroom. The complaints were untrue. These students and their parents and Principal Rice continued to make a paper trail of complaints until they had enough to fire me with. I was terminated from the system in 2007.

The school made no police report or DCFS report of abusive behavior on my part, yet this was their claim. My CANTS report is clear and clean because there was no abusive behavior that took place. I was the one who was abused by Ms. Rice, the students, the parents and Ms. Lynch.

There were other incidents by Ms. Lynch that I reported to the union representatives. In early November 2006 on Report Card Pickup Day, I heard and saw Ms. Lynch say to a group of parents that I couldn't teach and that I was a "stupid nigger" they were huddled together in the school's hallway on the second floor near my classroom and Ms. Lynch's classroom.

Two of the parents had children in my sixth grade classroom. I believe that the complaints were fueled by the Latino Teacher and the racial slur. Thus after being terminated, I learned that there was a do not hire code placed on my file, since 2007. This code prevents me from receiving employment of any kind. I seek to have this code removed along with reinstatement to Chicago Public School employment and any kind of monetary award applicable. Even if I were to change fields, I still would never be able to receive employment due to the DNH code.

Please see attached letters concerning the racial harassment.

Thank You,

Ms. Denise Williams

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Denise Williams<br>746 E. 157th Street<br>South Holland, IL 60473 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0018 8817 8652    CP

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2009-06851 | Cristina Wodka,<br>Investigator | (312) 353-1401 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*     3-15-10

John P. Rowe,
District Director     *(Date Mailed)*

Enclosures(s)

cc: **CHICAGO BOARD OF EDUCATION OF THE CITY OF CHICAGO**

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Denise Williams<br>746 E. 157th Street<br>South Holland, IL 60473 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0018 8817 8652    CP

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2009-06851 | Cristina Wodka,<br>Investigator | (312) 353-1401 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_John P. Rowe_     3-15-10

Enclosures(s)     John P. Rowe,     *(Date Mailed)*
         **District Director**

cc:   **CHICAGO BOARD OF EDUCATION OF THE CITY OF CHICAGO**